1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ELEX M. WASHINGTON,

11              Petitioner,              No. CIV S-05-2325 MCE DAD P

12        vs.

13   JOHN MARSHALL, Warden.

14              Respondent.          FINDINGS & RECOMMENDATIONS

15   _____/

16              By order filed November 3, 2006, petitioner's application was dismissed and

17   thirty days' leave to file an amended application was granted.  The thirty day period has now

18   expired, and petitioner has not filed an amended application or otherwise responded to the

19   court's order.

20              Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

22              These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, petitioner may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

1   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2   F.2d 1153 (9th Cir. 1991).

3   DATED: December 13, 2006.

4

5   _____

6   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

7   DAD:lg
    wash2325.fta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26